**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**George L. HAYNESWORTH,**
**Defendant–Appellant.**

No. 01–7874.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

George L. Haynesworth, Appellant Pro Se. William David Muhr, Office of the United States Attorney, Norfolk, VA, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George L. Haynesworth appeals the district court's order denying his motion for reduction of sentence pursuant to Fed. R.Crim.P. 35(b). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Haynesworth,* No. CR–00–65 (E.D.Va. Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*